# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:11-CV-399-MOC-DCK

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EVAN L. BROWN, III; and STEVEN R. )<br>BROWN, )<br>)<br>Defendants. )<br>_____ ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding the filing of Plaintiff's "Motion For Discharge From Further Liability, Permanent Injunction, And Dismissal With Prejudice" (Document No. 14).

In accordance with Roseboro v. Garrison, 528 F.2d 309 (4th Cir. 1975), the Court advises Defendant Stephen R. Brown, who is proceeding *pro se*, that he has a right to respond to Plaintiff's motion. The Court also advises Defendant Stephen R. Brown that failure to respond may result in Plaintiff being granted the relief it seeks. The Court notes that Defendant Evan L. Brown, III is represented by counsel and has consented to the relief requested in Plaintiff's pending motion. (Document No. 15, p.2).

**IT IS THEREFORE ORDERED** that Defendant may respond to the pending "Motion For Discharge From Further Liability, Permanent Injunction, And Dismissal With Prejudice" (Document No. 14) on or before **November 18, 2011**. Failure to file a timely and persuasive response will likely lead to Plaintiff's motion being granted.

Signed: November 1, 2011

David C. Keesler
United States Magistrate Judge