# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Metropolitan Life Insurance Company,

        Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                          3:11cv399

Evan L. Brown, III; Steven R. Brown,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 1/9/12 Order.

                                            FRANK G. JOHNS, CLERK

January 10, 2012

                                        \Cynthia Huntley
                              BY: _____
                                        Cynthia Huntley, Deputy Clerk