# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Metropolitan Life Insurance Company,

    Plaintiff(s),

JUDGMENT IN A CIVIL CASE

vs.

3:11cv399

Evan L. Brown, III; Steven R. Brown,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 1/9/12 Order.

January 10, 2012

FRANK G. JOHNS, CLERK

BY: \Cynthia Huntley

Cynthia Huntley, Deputy Clerk